UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 12-38876-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

ISMAEL RAMOS SANTANA
XXX-XX-1460
FRANCISCA RAMOS
XXX-XX-4367

<u>DEBTORS</u>                              /

## NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Robin R. Weiner files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** <u>US Bank Trust N.A.</u>

**Mortgage Arrearage**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 8.2 | 9557 | $166,413.72 | $65,751.00 | $65,751.00 |

**Monthly ongoing mortgage payments were paid through the Chapter 13 Trustee along with the arrearage and any post petition mortgage fees, expenses and charges paid through the confirmed plan.**

Within 21 days of the service of the Notice Of Final Cure Payment, the Creditor MUST file and serve a Statement as a supplement to the Holder's Proof of Claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the Holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the Holder's Proof of Claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

NOTICE OF FINAL CURE PAYMENT
CASE NO.: 12-38876-BKC-EPK

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice Of Final Cure Payment was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 31st day of January, 2018.

>  */s/ Robin R. Weiner*
> ROBIN R. WEINER, ESQUIRE
> STANDING CHAPTER 13 TRUSTEE
> P.O. BOX 559007
> FORT LAUDERDALE, FL 33355-9007
> TELEPHONE: 954-382-2001
> FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTORS**
ISMAEL RAMOS SANTANA
FRANCISCA RAMOS
107 EMERALD CT
ROYAL PALM BEACH, FL  33411

**ATTORNEY FOR DEBTORS**
SEAN I. KOPLOW, ESQUIRE
SEAN I. KOPLOW, P.A.
8461 LAKE WORTH ROAD
SUITE 204
LAKE WORTH, FL  33467

**CREDITOR**
US Bank Trust N.A.
c/o BSI Financial Services
POB 679002
Dallas,  TX  75267-9002

**ADDITIONAL CREDITORS**
US Bank
c/o CT Corporation System
2 Office Park Court #103
Columbia,  SC  29223

US Bank National Association
Richard K. Davis  BC-MIN H-210
800 Nicollet Mall
Minneapolis,  MN  55402

US Bank Trust N.A.
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving,  TX  75038